COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS


| | § | |
|---|---|---|
| U.S. Bank Trust, N.A., as Trustee for LSF8 Master Participation Trust, | § | No. 08-20-00101-CV |
| | § | Appeal from the |
| Appellant, | § | County Court at Law No. 7 |
| v. | § | of El Paso County, Texas |
| | § | |
| The Freedom Indeed Foundation, Inc., | § | (TC# 2017-CCV00586) |
| | § | |
| Appellee. | § | |
| | § | |

# **O R D E R**

Counsel for Appellant Josh Spencer has filed a motion to withdraw as counsel in this appeal. *See* Tex.R.App.P. 6.5. The motion does not comply with Tex.R.App.P. 6.5's requirements, specifically with the requirements that counsel state that (1) the party was notified in writing of the right to object to the motion, Tex.R.App.P. 6.5(a)(4), and that (2) the motion was either delivered to the party in person or mailed to the party at the party's last known address. Tex.R.App.P. 6.5(b).

Therefore, we will deny the motion at this time without prejudice. Counsel may file a compliant motion to withdraw, at which point the Court will consider whether to grant the motion pursuant to any appropriate terms and conditions necessary.

Further, given that any withdrawal by counsel would leave the Foundation unrepresented,

and given that the Foundation may only be represented by a licensed attorney in proceedings before this Court and that non-attorneys may not litigate on behalf of corporations in a pro se posture, the Court will on its own motion ABATE this appeal for 45 DAYS to allow the Foundation to resolve this issue of attorney representation, and to obtain new counsel if necessary.

IT IS SO ORDERED this 3rd day of September, 2020.

PER CURIAM

Before Alley, C.J., Rodriguez, and Palafox, JJ.